*Exhibit A*



# Nationwide Credit, Inc.

PO Box 14581
Des Moines, IA 50306-3581
Monday-Thursday 8AM to 10PM ET, Friday 8AM to 7PM ET
1-866-428-0926
myaccount.ncirm.com

RE: CHASE BANK USA, N.A.
Account Number: ███████████
Account Balance: $4,314.82
Settlement Amount: $1,984.81
Date: 05/12/2018



myaccount.ncirm.com

➤ 24-hour Access

➤ Make or Reschedule Payments

➤ Settle Your Account

➤ Update Your Contact Information

➤ Tell Us How to Contact You

And More...

Nationwide Credit, Inc. previously sent you a letter, more than thirty (30) days ago, advising you that your past due account was placed with us for collection. The Account Balance as of the date of this letter is shown above.

We are offering you an opportunity to settle this account for **$1,984.81**. This offer is valid for a one-time payment of the settlement amount and is due on or before **05/25/2018**. This offer is contingent upon NCI receiving the payment pursuant to the payment schedule outlined in this letter.

You may accept this settlement, see other options available to you and manage your account online using the following process:

1. Visit myaccount.ncirm.com
2. Login using your NCI ID 18093206896 and the last four digits of your SSN as the password

You can also call us at 1-866-428-0926 to speak with one of our associates or you may choose to send us a payment using the coupon below.

Sincerely,

Nationwide Credit, Inc.

**This communication is an attempt to collect a debt by a debt collector or consumer collection agency and any information obtained will be used for that purpose.**

C05
080614/092514

*** Please See Reverse Side of This Letter for Important Consumer Information ***
Please Detach and Return this Stub in the Enclosed Envelope with your Check or Money Order - Make Sure the "Remit to" Address appears in the Window

PERSONAL AND CONFIDENTIAL
PO Box 10354
Des Moines, IA 50306-0354

21557

002/C05/132/05/12/2018//WI/1.1/20180423

71851-15A71*AUTO**ALL FOR AADC 530
Barbara A Kohanski
██████████████
Neenah WI 54956-3434



| ACCOUNT NUMBER: | ███████████ |
| NCI ID: | 18093206896 |
| ACCOUNT BALANCE: | $4,314.82 |
| AMOUNT ENCLOSED: | |

24-hour account access: https://myaccount.ncirm.com
o Change of address: Print New Address on Back

REMIT TO:

NATIONWIDE CREDIT, INC.
PO Box 14581
Des Moines IA 50306-3581

01 18093206896 7

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR OR CONSUMER COLLECTION AGENCY AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**NOTE CHANGES ONLY**

FIRST NAME [            ]  MI [ ]
LAST NAME [            ]
ADDRESS [            ]
[            ]
CITY [            ]  HOME PHONE [   ] [   ] [   ]
STATE [  ]  ZIP [     ] - [    ]  WORK PHONE [   ] [   ] [   ]